UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| FLORES AUTOMATION & MACHINE CONTROL, LLC, a Wisconsin limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> AVERITT EXPRESS, INC., a Tennessee corporation, <br><br> Defendant. | CIVIL ACTION NO.: |

## NOTICE OF REMOVAL BY DEFENDANT AVERITT EXPRESS, INC.

Defendant, Averitt Express, Inc. ("AVERITT" or "Defendant"), a Federally authorized motor carrier of goods in interstate commerce being licensed by the Federal Motor Carrier Safety Administration and pursuant to 28 U.S.C. §§ 1331, 1337(b) and 49 U.S.C. § 14706 hereby gives notice of the removal of this cause of action to the United States District Court for the Eastern District of Wisconsin.

Defendant states the following as grounds for removal.

1. On or about June 13, 2023, Plaintiff commenced this action by filing a Complaint in the Circuit Court in and for Waukesha County, Wisconsin, styled *Flores Automation & Machine Control, LLC v. Averitt Express, Inc.*, bearing Case No.: 2023CV000940. A true and accurate copy of Plaintiff's Complaint and the summons is being filed contemporaneous with this Notice of Removal. The Complaint and summons are the only documents that have been served on Defendant for purposes of 28 U.S.C. §1446(a). Defendant will file the other documents on the Waukesha County docket (e.g., affidavits of service) with this Court when they become available to it.

2. The Complaint asserted a cause of action under Federal law, namely the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706. See Plaintiff's Complaint ¶ 3.

3. The Complaint alleges damages in the amount of $54,086.40". See Complaint ¶¶ 9 and 18(a).

## THE CARMACK AMENDMENT

4. The Complaint is based on allegations of damage to freight transported in interstate commerce from Wisconsin to Virginia occurring on June 14, 2022 (see Complaint, ¶ 5).

5. Federal law, namely, the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, is the sole and exclusive cause of action created by the United States Congress to address allegations of cargo damage to property transported in interstate commerce. The allegations against Defendant for damage to property while in transport in interstate commerce are exclusively governed by the Carmack Amendment.

## BASIS FOR FEDERAL COURT ORIGINAL JURISDICTION

6. Pursuant to 28 U.S.C. § 1331, Federal Courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

7. The Complaint makes allegations governed exclusively by Federal law for damage to property carried in interstate commerce by Defendant as a Federally authorized common motor carrier.

8. Because this action is governed exclusively by the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. § 14706, which, of course, is an Act of Congress, this Court has original jurisdiction over the claims alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1331.

9. Moreover, because the amount alleged in the Complaint is greater than $10,000.00, the matter is also subject to removal pursuant to 28 U.S.C. § 1337(a). See Complaint ¶¶ 9 and 18(a).

## PROPRIETY OF REMOVAL

10. This Notice of Removal is timely filed because it is filed within thirty (30) days of AVERITT's first notice or receipt of Plaintiff's Original Complaint, in accordance with 28 U.S.C. § 1446(b).

11. This Court has original jurisdiction of this matter under 28 U.S.C. §§ 1331 and 1337(a).

12. This matter is subject to removal pursuant to 28 U.S.C. § 1441.

13. Removal of this matter is not barred by 28 U.S.C. § 1445.

14. Pursuant to 28 U.S.C. § 1446(a), the State Court record is being filed contemporaneous with this Notice of Removal.

15. Pursuant to 28 U.S.C. § 1446(a) and (d), Defendant will promptly file a copy of this Notice of Removal with the Clerk, Circuit Court of the Judicial Circuit in and for Waukesha County, Wisconsin, will further provide prompt notice to all parties and will also file proof of service of all notices and filings with the Clerk of the United States District Court for the Eastern District of Wisconsin.

**WHEREFORE**, Defendant removes the above-captioned action from the Circuit Court of the Judicial Circuit in and for Waukesha County, Wisconsin to the United States District Court for the Eastern District of Wisconsin, Milwaukee Division.

Dated: July 24, 2023

Respectfully submitted,

*S/ Joseph E. Blitch*
Joseph E. Blitch, Esq.
Wisconsin Bar No. 1127783
Blitch Westley Barrette, S.C.
9100 Conroy Windemere Road, Suite 200
Windermere, Florida 34789
Phone: (407) 574-2835

Email: jblitch@bwesq.com
Attorneys for Defendant Averitt Express, Inc.

# CERTIFICATE OF SERVICE

I hereby certify the foregoing Notice of Removal was filed with the Circuit Court for the Judicial Circuit in and for Waukesha County, Wisconsin and served on all counsel of record on this **24th** day of **July**, 2023 upon:

Stephen L. Fox, Esq.
Schmidt Rupke Tess-Mattner & Fox, S.C.
3400 Intertech Drive, Suite 400
Brookfield, WI 53045
Phone: (262) 814-0080
slf@srtf-law.com
Attorneys for Plaintiff

*S/ Joseph E. Blitch*
Joseph E. Blitch, Esq.
Wisconsin Bar No. 1127783
Blitch Westley Barrette, S.C.
9100 Conroy Windemere Road, Suite 200
Windermere, Florida 34789
Phone: (407) 574-2835
Email: jblitch@bwesq.com
Attorneys for Defendant Averitt Express, Inc.